FISHER & PHILLIPS LLP
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: bbradford@fisherphillips.com
Attorney for Defendant,
Cygnus Home Service, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALICIA BOYD-BROWN, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>CYGNUS HOME SERVICE, LLC, a Foreign Limited-Liability Company; SCHWAN'S FOOD SERVICE, INC., a Foreign Corporation; DOES I-X; and ROE CORPORATIONS I-X.<br><br>Defendants. | Case No. 2:19-cv-01990-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LR IA 6-1(a) AND LR 7-1**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including December 20, 2019 to answer or otherwise respond to Plaintiff's Complaint. Pursuant to LR IA 6-1(a), and to address the concern identified by the Court in its Order (ECF No. 9), Defendants require additional time to investigate and verify its proposed responses to the factual allegations contained in Plaintiff's Complaint, including responses to individuals identified as being involved in the allegations. This is the first

///

///

///

///

request for an extension of this deadline.

| FISHER & PHILLIPS LLP | HKM EMPLOYMENT ATTORNEYS LLP |
|---|---|
| /s/ Brian L. Bradford, Esq.<br>BRIAN L. BRADFORD, ESQ.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>Cygnus Home Service, LLC | /s/ Marta D. Kurshumova, Esq.<br>Jenny L. Foley, Ph.D., Esq.<br>Marta D. Kurshumova, Esq.<br>1785 E. Sahara Ave., Suite 300<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 9, 2019

- 2 –

FP 36706942.1